

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 6, 2022

**BY EMAIL**

Honorable Paul E. Davison
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

>   Re:   *United States v. Nick Camaj, a/k/a Nikolin Camaj," a//k/a "Nika Camaj,"*
>         **22 Cr. 527**

Dear Judge Davison:

The Government respectfully requests that the above-referenced indictment be unsealed.
The defendant is in custody.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Margery B. Feinzig
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

So Ordered.

10/6/22